UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR05-109M |
| ) | |
| Plaintiff, ) | |
| ) | ORDER DENYING |
| v. ) | JOINT MOTION TO EXTEND TIME |
| ) | TO FILE INFORMATION OR |
| TYRELL DOUGLASS HEAL, ) | INDICTMENT |
| ) | UNDER THE SPEEDY TRIAL ACT |
| Defendant. ) | |
| ) | |

One April 6, 2005 the parties to the above-captioned matter filed a Joint Motion to Extend Time to File Information or Indictment Under the Speedy Trial Act. Dkt. No. 9. The motion argued that granting a continuance would satisfy the "ends of justice" by providing the parties additional time to exchange discovery and negotiate a plea agreement. Dkt. No. 9. Negotiation of a plea agreement is not a factor sufficient for this Court to find that granting a continuance will satisfy the "ends of justice." *United States v. Alejandro Ramirez-Cortez*, 213 F.3d 1149, 1155-56 (9th Cir. 2000) (citing *United States v. Perez-Reveles*, 715 F.2d 1348, 1352 (9th Cir. 1983)).  The parties motion is therefore DENIED.

PAGE -1

DATED this 7th day of April, 2005.

/s/ James P. Donohue
James P. Donohue
United States Magistrate Judge

PAGE -2